**WO**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The United States of America and the State of Arizona, *ex rel*, Jacqueline E. Schafer, Director, Arizona Department of Environmental Quality,<br><br>    Plaintiffs,<br><br>  v.<br><br>TRW Vehicle Safety Systems Inc.,<br><br>    Defendant. | CIVIL ACTION NO.  01-0095 PHX VAM<br><br>ORDER |

      Pursuant to Section XXXII (Effective Date and Termination) of the Consent Decree entered in the above-captioned action on March 7, 2001, the United States and the State of Arizona moved to terminate the Consent Decree.  This Court finds that TRW Vehicle Safety Systems, Inc. ("VSSI") has met the requirements of Section XXXII, including by (1) paying all penalties pursuant to Sections XVII (Civil Penalty), (2) completing the Supplemental Environmental Projects pursuant to Attachment B of the Consent Decree, and (3) certifying completion of the requirements of this Consent Decree to EPA and the Arizona Department of Environmental Quality ("ADEQ"). Further, ADEQ has issued an Acknowledgment of Completion of the Work dated May 3, 2006, pursuant to Section XIV (Completion of the Work).  The requirements of Section XXV (Record Retention) terminate pursuant to the terms of that Section.

      **IT IS THEREFORE ORDERED** granting the Motion to Terminate Consent Decree (Doc. 17) and that the Consent Decree in the above-captioned action is hereby

1  TERMINATED, except for the provisions of Section XXV (Record Retention) which
2  terminate pursuant to that Section.
3       DATED this 22nd day of May, 2006.

```
                                    _____
                                         Virginia A. Mathis
                                     United States Magistrate Judge
```